WILLARD E. STEWART ET AL., APPELLANTS, V. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, APPELLEE.

FILED FEBRUARY 9, 1899.   No. 8714.

Stare Decisis. This case is ruled by *Moseley v. Chicago, B. & Q. R. Co.*, 57 Neb. 636, the questions for decision in both cases being substantially identical.

APPEAL from the district court of Lancaster county. Heard below before HOLMES, J. *Reversed.*

*Webster, Rose & Fisherdick* and *Willard E. Stewart*, for appellants.

*J. W. Deweese, F. E. Bishop*, and *John H. Ames, contra.*

SULLIVAN, J.

The questions involved in this case are, in all substantial respects, like those in the case of *Moseley v. Chicago, B. & Q. R. Co.*, 57 Neb. 636. The judgment in this case will therefore be the same as in the *Moseley Case*.

REVERSED AND REMANDED.